1  SPENCER P. HUGRET (SBN: 240424)
   shugret@grsm.com
2  ERIC TSAI (SBN: 273056)
   etsai@grsm.com
3  Timothy A. Hanna (SBN: 310620)
   thanna@grsm.com
4  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
5  San Francisco, CA 94111
   Telephone: (415) 986-5900
6  Facsimile:  (415) 986-8054

7  Attorneys for Defendant
   GENERAL MOTORS LLC
8
   Michael F. Ram, SBN 104805
9  Email: mram@forthepeople.com
   Marie N. Appel, SBN 187483
10 Email: mappel@forthepeople.com
   MORGAN & MORGAN
11 COMPLEX LITIGATION GROUP
   711 Van Ness Avenue, Suite 500
12 San Francisco, CA 94102
   Telephone: (415) 358-6913
13 Facsimile:      (415) 358-6923

14 Samuel J. Strauss, *Admitted Pro Hac Vice*
   Email: sam@turkestrauss.com
15 Raina C. Borrelli, *Admitted Pro Hac Vice*
   Email: raina@turkestrauss.com
16 613 Williamson St., Suite 201
   Madison, WI 53703
17 Telephone: (608) 237-1775
   FACSIMILE: (608) 509-4423
18
   Attorneys for Plaintiffs and the Proposed Class

19

20                **UNITED STATES DISTRICT COURT**

21                **NORTHERN DISTRICT OF CALIFORNIA**

22

| | |
|---|---|
| DOUG SPINDLER and MAKESHA SATTERWHITE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Case No. 3:21-cv-09311-WHO<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR GM TO FILE ITS REPLY BRIEF**<br><br><u>CLASS ACTION</u><br><br>Complaint Filed: December 2, 2021 |

-1-
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1(b), Plaintiffs Doug Spindler and Makesha Satterwhite (collectively, "Plaintiffs") and Defendant General Motors LLC ("GM"), by and through their undersigned counsel of record, hereby stipulate as follows with respect to GM's time to file its Reply in support of its Motion to Dismiss Class Action Complaint & Strike Class Allegations (the "Reply"):

WHEREAS, on December 23, 2021, Plaintiffs served the Complaint in this matter on GM;

WHEREAS, on January 28, 2022, GM filed its Motion to Dismiss Class Action Complaint & Strike Class Allegations (the "Motion");

WHEREAS, on February 11, 2022, Plaintiffs filed their Response in opposition to GM's Motion;

WHEREAS, GM's Reply is currently due on February 18, 2022;

WHEREAS, GM seeks an extension of one week to file its Reply;

WHEREAS, Counsel for GM submits that GM needs the additional time to review the Plaintiff's Response to the Motion and to prepare its Reply brief;

WHEREAS, the parties previously stipulated to provide GM with an additional two weeks to file its Motion, and the Court entered an Order to that effect on January 28, 2022;

WHEREAS, the parties have not sought any other extensions in this case;

WHEREAS, the parties do not enter into this stipulation for the purpose of delay, and the Court has not yet scheduled any pre-trial or trial dates; and

WHEREAS, no parties will be prejudiced by the stipulation.

//
//
//
//
//
//
//

NOW THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval, as follows:

GM shall file its Reply on or before February 25, 2022.

**IT IS SO STIPULATED.**

                                                      Respectfully submitted,

Dated: February 14, 2022         MORGAN & MORGAN

By: _____/s/ Michael F. Ram_____
    Michael F. Ram
    Marie N. Appel
    Attorneys for Plaintiffs DOUG
    SPINDLER and MAKESHA
    SATTERWHITE

TURKE & STRAUSS LLP

Dated: February 14, 2022         By: _____/s/ Raina C. Borrelli_____
    Samuel J. Struss (*Admitted Pro Hac Vice*)
    Raina C. Borrelli (*Admitted Pro Hac Vice*)
    Attorneys for Plaintiffs DOUG
    SPINDLER and MAKESHA
    SATTERWHITE

Dated: February 14, 2022         GORDON REES SCULLY MANSUKHANI, LLP

By: _____/s/ Spencer P. Hugret_____
    Spencer P. Hugret
    Eric Tsai
    Timothy A. Hanna
    Attorneys for Defendant
    GENERAL MOTORS LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: February 17, 2022

_____
Honorable Jacqueline Scott Corley
United States Magistrate Judge

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from the other Signatory, which shall serve in lieu of their signature on the document.

Date: February 14, 2022                         /s/ Spencer P. Hugret
                                                Spencer P. Hugret

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1096632/20086738v.1