Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

Spencer Peter Hugret
shugret@grsm.com
GORDON REES SCULLY MANSUKHANI LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

*Attorney for Defendant*

[Additional Counsel Listed on Signature Page]

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG SPINDLER and MAKESHA SATTERWHITE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Case No. 3:21-cv-09311-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS** |

Pursuant to Local Rules 6-1 and 6-2, Doug Spindler and Makesha Satterwhite ("Plaintiffs"), and General Motors LLC ("Defendant," or "GM"), by and through their undersigned counsel, hereby stipulate to modify the briefing schedule related to Defendant's Motion to Dismiss (Dkt. No. 45), such that Plaintiffs' opposition to the Motion shall be due on July 1, 2022, and Defendant's reply shall be due on July 15, 2022. In support of this stipulation, the Parties state as follows:

1. On May 11, 2022, the Court entered an Order granting in part and denying in part GM's motion to dismiss the Complaint, Dkt. No. 1, with leave to amend Plaintiff Satterwhite's dismissed claims under breach of express warranty and the Song-Beverly Consumer Warranty Act. Dkt. No. 43.

2. On May 20, 2022, Plaintiffs filed an Amended Complaint consistent with the Court's Order permitting amendment with respect to Plaintiff Satterwhite's dismissed claims. Dkt. No. 44.

3. On June 3, 2022, GM filed a Motion to Dismiss the Amended Complaint. Dkt. No. 45.

4. Under the Local Rules, Plaintiffs' response to the Motion is due on June 17, 2022, and GM's Reply is due on June 24, 2022. The Motion Hearing is set for July 20, 2022 at 2:00 p.m. Dkt. No. 45.

5. Due to planned family vacations, the Fourth of July holiday, and upcoming commitments in other pending cases, the parties agreed to, an additional two weeks to prepare and file the remaining briefing on Defendant's Motion. This request will not affect the Motion hearing date or any other case deadlines.

6. The Parties therefore respectfully request that this Court extend the deadline for Plaintiff's response to the Motion from June 17, 2022, to July 1, 2022, and for GM's reply from June 24, 2022, to July 15, 2022.

Dated: June 7, 2022

By: */s/ Raina C. Borrelli*
Raina Borrelli (*Pro Hac Vice*)
raina@turkestrauss.com
Sam Strauss (*Pro Hac Vice*)
sam@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (509) 4423

Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

*Attorneys for Plaintiffs and the Proposed Class*

By: */s/ Spencer P. Hugret*
Spencer P. Hugret (SBN 240424)
shugret@grsm.com
Eric Tsai (SBN 273056)
etsai@grsm.com
Timothy A. Hanna (SBN 310620)
thanna@grsm.com
GORDON REES SCULLY
MANSUKHANI LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-805

Mohamed Awan (*Pro Hac Vice*)
mawan@honigman.com
Jeffrey K. Lamb (*Pro Hac Vice*)
jlamb@honigman.com
HONIGMAN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone: (313) 465-7000

*Attorneys for Defendant General Motors LLC*

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: June 7, 2022

*/s/ Raina C. Borrelli*
Raina C. Borrelli

---

JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS
(Case No. 3:21-cv-09311) – 3

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

6  Dated: June 8, 2022

_____
Hon. William H. Orrick
United States District Court Judge