UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG SPINDLER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GENERAL MOTORS, LLC,<br><br>　　　　Defendant. | Case No. 21-cv-09311-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 67 |

　　　Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: February 14, 2023

_____
WILLIAM H. ORRICK
United States District Judge